UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF ILLINOIS, ex rel. CHRISTINE ROSENKRANZ,<br><br>  Plaintiffs,<br><br>v.<br><br>DAVID M. THAYER, D.C., RONALD A. EDMISTON, D.C., INTEGRATED MEDICAL GROUP, LTD., THAYER ACUPUNCTURE AND CHIROPRACTIC CENTER, and JULIE JACKSON, aka JULIE JACKSON-THAYER,<br><br>  Defendants. | Case No. 08-cv-261-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on Relator Christine Rosenkranz's Motion for Dismissal Without Prejudice (Doc. 8). Both the State of Illinois and the United States of America declined to intervene in this qui tam action. Both governmental entities have consented in writing to the dismissal of this action without prejudice. As none of the Defendants have answered or moved for summary judgment, pursuant to Federal Rule of Civil Procedure 41 and 31 U.S.C. § 3730(b)(1), the Court **GRANTS** the Motion. The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: October 3, 2008**

                             s/ J. Phil Gilbert
                            **J. PHIL GILBERT**
                            **DISTRICT JUDGE**