UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA and
STATE OF ILLINOIS, ex rel. CHRISTINE
ROSENKRANZ,

        Plaintiffs,                              Case No. 08-cv-261-JPG

      v.

DAVID M. THAYER, D.C., RONALD A.
EDMISTON, D.C., INTEGRATED
MEDICAL GROUP, LTD., THAYER
ACUPUNCTURE AND CHIROPRACTIC
CENTER, and JULIE JACKSON, aka
JULIE JACKSON-THAYER,

        Defendants.

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's

motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI**

**Dated: October 3, 2008**          **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**